IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

TEX HOLBROOK, II,

        Petitioner,

v.                                 CIVIL ACTION NO.   2:12-cv-00953

DAVID BALLARD,

        Respondent.

**ORDER**

Pending before the court is defendant David Ballard's Motion for Summary Judgment [Docket 11]. This Motion was referred to the Honorable Mary E. Stanley, United States Magistrate Judge, for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636(b)(1)(B). When a Magistrate Judge issues a recommendation on a dispositive matter, the court reviews *de novo* those portions of the Magistrate Judge's report to which specific objections are filed. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

The court has reviewed *de novo* those portions of the Proposed Findings and Recommendations [Docket 79] to which the plaintiff has filed specific Objections [Docket 84], and **FINDS** that the plaintiff's objections lack merit. Accordingly, the court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge. The defendant's Motion for Summary Judgment is **GRANTED**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                              ENTER:        March 27, 2013

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE